BELL TELEPHONE LABORATORIES, INC., ET AL. *v.*
BUREAU OF REVENUE OF NEW MEXICO ET AL.

No. 1265.   Decided June 12, 1967.

*William C. Schaab* for appellants.

*Boston E. Witt,* Attorney General of New Mexico, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

LUPTON MANUFACTURING CO. *v.*
UNITED STATES ET AL.

No. 1296.   Decided June 12, 1967.

*Leonard J. Emmerglick* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner* and *Howard E. Shapiro* for the United States, and *Herbert A. Bergson, Daniel H. Margolis, Donald L. Hardison* and *William K. Unverzagt* for Aluminum Co. of America et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed.